
ORIGINAL

FILED

03/06/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0347

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0347

STATE OF MONTANA,

Plaintiff and Appellee,

v.

MATTHEW RYAN AILER,

Defendant and Appellant.

FILED

MAR 06 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Self-represented Appellant Matthew Ryan Ailer moves this Court to supplement the record with "the Brady and exculpatory evidence" in his appeal. The State of Montana responds in opposition, requesting denial of his motion.

Ailer again seeks to circumvent this Court's rules concerning the composition of the record. In an August 25, 2022 Order, we noted that this Court received the District Court record with the filed documents and four, three-ring binders of potential exhibits. M. R. App. P. 8(1), 9(1). On January 17, 2023, we granted his motion to file an over-length brief of no more than 12,500 words. Now, Ailer clearly seeks to introduce documents outside of the record. His motion to supplement and expand the record is improper. M. R. App. P. 8(1).

Ailer has been granted six motions for extensions of time. His opening brief is currently due on March 9, 2023. We caution Ailer that if he files another similar motion concerning supplementation of the record or fails to file a brief by March 31, 2023, this Court *sua sponte* will impose the sanction of dismissal of this appeal with prejudice and without further notice. M. R. App. P. 19(5). Given the foregoing, therefore,

IT IS ORDERED that Ailer's Opposed Motion to Supplement the Record with the Brady and Exculpatory Evidence is DENIED.

IT IS FURTHER ORDERED that Ailer shall FILE his opening brief on or before Friday, March 31, 2023.

The Clerk is directed to provide a copy of this Order to counsel of record and to Mathew Ryan Ailer personally.

DATED this __ day of March, 2023.

For the Court,

By _____
Chief Justice